952 F.2d 1391
 Bradley (James John, Catherine), Bansbach (Frederick, Mary
Ellen), Basadre (Luis), Bell (Arthur), Benson (James,
Jeanette), Pietropinto (Mary), Estate of Pietropinto
(Joseph), Bozzi (Francesco, Laupa), Brown (Curtis, Jr.,
Herman, Audrey), Carew (John), Cain (Reginald), Camacho
(Jose, Carmen), Collins (John, Shirley), Curcio (Louis,
Angela), Davis (Ben, Berline), De Witt (Charles, Julia),
Edmons (Sam, Doris), Elinske (Joseph), Fayard (Cal,
Rochelle), Fields (Edward,
 NO. 91-5206
 United States Court of Appeals,
Third Circuit.
 Dec 24, 1991
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.